BENJAMIN IMBER v. CONSOLIDATED INDEMNITY AND INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GEORGE WALLACE JARMAN, JR., v. FRANK W. RITCHIE.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of GRAYBAR CONSTRUCTION CORPORATION for an Order Summarily Discharging from Record an Alleged Notice of Lien and Striking Certain Parties Defendant Named in the Lis Pendens Filed by the NATIONAL GUNITE CONTRACTING Co., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of LEON C. SHULTZ, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of DEMERALD H. WILLIAMS, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

AGNES SULLIVAN and JOHN SULLIVAN, Respondents, v. ANTONIO BAGLIVI, Appellant, Impleaded with Others.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley JJ.

JOHNSAUL REALTY CORPORATION v. MICHAEL J. KENNEDY, JR., and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MORRIS GREENBLATT v. ANNETTE PADGUG, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SANFORD JACOBI and Others v. NORMANDIE NATIONAL SECURITIES CORPORATION and Others. In the Matter of Determining the Amount of Compensation and Fee to Be Paid to EDWARD SIEGEL and Another by ISIDOR KAHN.— Motion to dismiss appeal granted, without costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHN B. STETSON COMPANY v. RALPH J. LEVEY and Another, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before November 20, 1933, with notice of argument for December 5, 1933. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ANNA BERNHANG KIRSCHNER v. IRVING KIRSCHNER.— Motion to dismiss appeal granted. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.